IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 08-cv-02743-CMA-BNB

NAU HOLDINGS, LLC, and
HORNY TOAD ACTIVEWEAR, INC.,

Plaintiffs,

v.

DLORAH, INC.,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the Stipulated Motion to Stay [Doc. # 11, filed 2/10/2009] is GRANTED IN PART. The case is STAYED pending further order of the court.

     IT IS FURTHER ORDERED that the parties shall file a status report on or before **April 1, 2009**, and every 90 days thereafter notifying the court of the status of <u>Dlorah, Inc. v. Nau Holdings, LLC</u>, Case No. 08-5091 (D.S.D.), pending in the United States District Court for the District of South Dakota.

DATED: February 12, 2009