IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 08-cv-02743-CMA-BNB

NAU HOLDINGS, LLC, and
HORNY TOAD ACTIVEWEAR, INC.,

Plaintiffs,

v.

DLORAH, INC.,

Defendant.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Extend Deadlines** [docket no. 47, filed December 9, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **April 23, 2010**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **May 28, 2010**;

| | |
|---|---|
| Fact Discovery Cut-off: | **March 31, 2010**; |
| Expert Discovery Cut-off: | **June 30, 2010**; |
| Dispositive Motion Deadline | **July 30, 2010**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for June 8, 2010, is **vacated and reset to September 8, 2010, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 1, 2010**.  Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  December 22, 2009