IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 08-cv-02743-CMA-BNB

NAU HOLDINGS, LLC, and
HORNY TOAD ACTIVEWEAR, INC.,

Plaintiffs,

v.

DLORAH, INC.,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter arises on the plaintiffs' **Amended Unopposed Motion to Seal Motion to Strike Dlorah's Expert Reports Under Rule 37 and Exhibits A-J Attached Thereto** [Doc. # 98, filed 8/9/2010] (the "Amended Motion to Seal"). Also pending is the **Unopposed Motion to Seal Motion to Strike Dlorah's Expert Reports Under Rule 37 and Exhibits A-J Attached Thereto** [Doc. # 74, filed 7/2/2010] (the "Motion to Seal").

IT IS ORDERED that the Amended Motion to Seal [Doc. # 98] is GRANTED. Plaintiffs' Motion to Strike [etc.] [Doc. # 75] and all attachments shall remain sealed. The plaintiff has now filed as unsealed all portions of Doc. # 75 except Exhibit H, which shall remain sealed. See Docs. # 98-1 through 98-11.

IT IS FURTHER ORDERED that the Motion to Seal [Doc. # 74] is MOOT.


DATED: August 18, 2010